## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

**COURT FILE NO. 1:12-cv-01733-WJM-BNB**

**ELIZABETH E. WILLIAMS,**

    **Plaintiff,**

**v.**

**PALISADE ACQUISITION XVI, LLC a/k/a Palisades Collection LLC,**

**Defendant.**

_____

### NOTICE OF ENTRY OF APPEARANCE
_____

**To the Clerk of this court and all parties of record:**

    **Enter my appearance as counsel in this case for:**

**PALISADES ACQUISITION XVI, LLC A/K/A PALISADES COLLECTION LLC**

| | |
|---|---|
| July 27, 2012 | s/ Michael S. Poncin |
| Date | Signature |
| | |
| 296417 | Michael S. Poncin |
| Minnesota Federal Bar Number | Print Name |
| | |
| (612) 877-5290 | 4800 Wells Fargo Center |
| Telephone Number | Address |
| | |
| (612) 877-5056 | 90 South Seventh Street |
| Fax Number | |
| | |
| PoncinM@moss-barnett.com | Minneapolis, MN 55402 |
| E-mail Address | |

2057001v1

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 27, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. As Plaintiff is not listed as a registered user of the CM/ECF system, a true and correct copy of the forgoing has been mailed, via First Class U.S. Mail, to the following:

Elizabeth E. Williams
13843 Fairfax Street
Thornton, CO 80602

s/ Michael S. Poncin
Michael S. Poncin
Moss & Barnett, PA
4800 Wells Fargo Center
90 South 7th Street
Minneapolis, MN 55402-4129
Telephone: (612) 877-5290
Fax: (612) 877-5056
E-mail: PoncinM@moss-barnett.com

2057001v1