IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01733-WJM-BNB

ELIZABETH E. WILLIAMS,

Plaintiff,

v.

PALISADE ACQUISITION XVI, LLC, a/k/a PALISADES COLLECTION, LLC,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Unopposed Motion for Leave to Attend the Rule 16 Scheduling Conference Telephonically of Defendant Palisades Collection LLC** [docket no. 7, filed August 22, 2012] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and defense counsel may appear telephonically by calling Chambers at the appropriate time on September 24, 2012, at 9:00 a.m., Mountain Daylight Time, at **303/844-6408**.

DATED:  August 22, 2012